IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Maldonado, Lisa | Case Number: 08 B 18146 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/11/08 | Filed: 7/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Regional Acceptance | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Real Time Resolutions | Secured | 4,430.24 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 459.27 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 729.71 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 281.16 | 0.00 |
| 9. | Citibank | Unsecured | 191.65 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 2,743.41 | 0.00 |
| 11. | Real Time Resolutions | Secured | | No Claim Filed |
| 12. | Blatt Hasenmiller & Komar | Priority | | No Claim Filed |
| 13. | Blatt Hasenmiller & Komar | Priority | | No Claim Filed |
| | | | $ 8,835.44 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Maldonado, Lisa

Printed: 11/11/08

Case Number:  08 B 18146
Judge:  Goldgar, A. Benjamin
Filed:  7/15/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

